

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-11-00010-CV

_____

**HUNTSVILLE-WALKER COUNTY CHAMBER**
**OF COMMERCE, AND DEE A. EVERETT,**

                                                        **Appellants**

 **v.**

**CITY OF HUNTSVILLE, TEXAS,**

                                                        **Appellee**

_____

**From the 278th District Court**
**Walker County, Texas**
**Trial Court No. 24833**

_____

## MEMORANDUM  OPINION

_____

The parties' Joint Stipulation of Dismissal with Prejudice, signed by counsel for both parties, was filed on February 9, 2012.  In the stipulation, the parties assert that they successfully mediated the underlying case and have fully and finally resolved all disputes between them.  Further, the parties have agreed to each bear their own costs and fees incurred in connection with the appeal.

Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.1(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed February 22, 2012
[CV06]